IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

PRISONER COMPLAINT [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

_Erskine E. Washington_
Name under which you
were convicted

_109 856_
Your prison number

vs.

CIVIL ACTION NO. _2:06CV322-WKW_
(To be supplied by Clerk of Court)

_Kathy Holt, AL Dept. of Corrections_
Name of Defendant(s)

_J.O. Davis, Fountain 4000, Atmore, AL, 36503_
Place of Confinement and Address

INSTRUCTIONS - READ CAREFULLY

A. Complaint Form. You must file your original complaint and a copy for each named Defendant. Your complaint must be clearly handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. Any false statement of material fact may serve as the basis for prosecution for perjury.

B. Proper Court. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. Separate Case. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. Defendants. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed

Rev. 12/18/96

without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

E. <u>Pleading the Complaint</u>. Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to</u> <u>each</u> <u>defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the $150.00 filing fee or a motion to proceed without prepayment of fees and costs if you are unable to afford the filing fee and other costs associated with prosecuting this action.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees and Costs" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $150.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket</u> <u>number</u>. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading <u>will</u> <u>be</u> <u>stricken</u>. <u>See</u> Fed. R. Civ. P. 11(a). No notary is required.

H. <u>Certificate of Service</u>. Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date

that it was sent. A pleading will be stricken if it does not contain this certificate of service. See Fed. R. Civ. P. 5.

I. Copies. This Court will not make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. Form of Pleadings. Do not write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. No Evidence. No evidence shall be sent to the Court for filing or storing.

I. **PREVIOUS LAWSUITS**.

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action: Yes ( )   No (✓)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment: Yes ( )   No (✓)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit: N/A

   Plaintiffs: _____

   Defendants: _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   3. Docket Number: _____

   4. Were you granted the opportunity to proceed without payment of filing fees? Yes ( )   No ( )

   5. Name of judge to whom the case was assigned: _____

   6. If your case is no longer pending and has been

dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.: _____

_____
_____
_____
_____

7. Approximate date of filing lawsuit: _____

8. Approximate date of ruling by court: _____

II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: **J.O. Davis, Atmore, AL**

B. Date it occurred: **3-10-06**

C. Is there a prisoner grievance procedure in this institution? **NO**

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?  Yes ( )  No (✓)

E. If your answer is YES:

    1. What steps did you take? _____

    2. What was the result? _____

F. If your answer is NO, explain why not: **No such procedure exsist in D.O.C. as of this date**

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary): **A.D.O.C. is taking a 2 year balance from an old Circuit Court case (CC. 74-030844) and attempting to add the**

4

2 years to my present sentence (25 years) (CC-N 82001858). My sentence date 7-26-82 should put my E.O.S. date at 7-26-2007. A.D.O.C., Central Records has my long date listed as 12-9-2009. Ms. Holt claims the extra time is from (CC. 74-030844), but all three cases (CC. 74-030844, CC. 74-030845, and CC. 74-030534) are all dead. A.D.O.C. and Ms. Holt refuse to acknowledge this as a mistake.

III. PARTIES.

A. Plaintiff (Your name/AIS): Erskine E. Washington 109856

Your present address: Fountain 4000, Atmore, AL 36503

B. Defendant(s):

1. Defendant (full name) Kathy Holt, A.D.O.C. is employed as Director at A.D.O.C. Central Records.

His/her present address is P.O. Box 301501, Montgomery, AL 36130

(a) Claim against this defendant: **False imprisonment due to clerical errors**

(b) Supporting facts (Include date/location of incident): **Refuses to make correction to my file and time sheet which will result in 28 months longer sentence**

2. Defendant (full name) **N/A** is employed as _____ at _____.

   His/her present address is _____.

   (a) Claim against this defendant: _____

   (b) Supporting facts (Include date/location of incident): _____

3. Defendant (full name) **N/A** is employed as _____ at _____.

   His/her present address is _____.

   (a) Claim against this defendant: _____

   (b) Supporting facts (Include date/location of incident): _____

C. <u>Additional Defendants</u>: (If there are additional defendants, you may list them on separate pages using the same outline

above).

IV.  A.  You must answer the following questions:

 1. State the conviction(s) for which you are presently incarcerated: __Theft of Property II__

 2. When were you convicted? __7-26-82__

 3. What is the term of your sentence? __25 years__

 4. When did you start serving this sentence? __7-26-82__

 5. Do you have any other convictions which form the basis of a future sentence?   Yes ( )   No (✓)
If so, complete the following:

 (a) Date of conviction: _____

 (b) Term of sentence: _____

 6. What is your expected end of sentence (E.O.S.) date? __7-26-2007__

 B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no(✓) | yes( ) no(✓) |
| Expunged | yes( ) no(✓) | yes( ) no(✓) |
| Invalidated | yes( ) no(✓) | yes( ) no(✓) |
| Writ of habeas corpus granted | yes( ) no(✓) | yes( ) no(✓) |

 C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date:
_____
_____

V. State <u>briefly</u> exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):
__Remove the additional time from my__

7

*SENTENCE AND MAKE my E.O.S. date 7-26-07 instead of 12-9-09*

VI. **AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

_3-27-06_
Date

_Erskin Washington_
(Signature of Plaintiff Under Penalty of Perjury)

_Fountain 4000_
Current Mailing Address

_Atmore, AL. 36503_

_____
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.