RECEIVED

2006 APR 10  A 11: 42

**Case Number**

| ID | YR | NUMBER |
|---|---|---|
| | | |

**(To be completed by Court Clerk)**

# IN FORMA PAUPERIS DECLARATION

_In the United States District Court for the Southern District_
_of Alabama_    [Insert appropriate court]

_Erskine Washington  109886_
(Petitioner)

vs.

$2:06CV322-WKW$

_Alabama Dept. of Correction_
(Respondent(s)

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED
## IN FORMA PAUPERIS

I, _Erskine Washington_ _____, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?    Yes _____    No _✓_

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

   _____ _N/A_ _____

   _____

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

   _____ _Disabled    -0-_ _____

   _____

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?

   Yes _____    No _✓_

   b. Rent payments, interest, or dividends?

   Yes _____    No _✓_

   c. Pensions, annuities, or life insurance payments?

   Yes _____    No _✓_

   d. Gifts or inheritances?

   Yes _____    No _✓_

   e. Any other sources?

   Yes _____    No _✓_

2

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

_____ N/A _____

_____

_____

3. Do you own cash, or do you have money in a checking or savings account?

Yes _____          No ✓

(Include any funds in prison accounts.)

if the answer is "yes", state the total value of the items owned.

_____ N/A _____

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes _____          No ✓

If the answer is "yes", describe the property and state its approximate value.

_____ N/A _____

_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

_____ N/A _____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____ 3-27-06 _____.
                      (Date)

_____
Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ ___ .27 ___ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said *Fountain Correctional Center* institution:

_____

_____

3-28-06
DATE

_____
AUTHORIZED OFFICER OF INSTITUTION

Rule 32

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
FOUNTAIN CORRECTIONAL CENTER

RECEIVED

AIS #: 109856      NAME: WASHINGTON, ERSKINE EUGENE      AS OF: 03/28/2006

2006 APR 10 A 11: 12

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| MAR | 3 | $0.04 | $0.00 |
| APR | 30 | $1.37 | $20.00 |
| MAY | 31 | $1.69 | $0.00 |
| JUN | 30 | $0.43 | $0.00 |
| JUL | 31 | $0.43 | $0.00 |
| AUG | 31 | $0.43 | $0.00 |
| SEP | 30 | $0.43 | $0.00 |
| OCT | 31 | $5.35 | $20.00 |
| NOV | 30 | $3.85 | $0.00 |
| DEC | 31 | $4.46 | $12.80 |
| JAN | 31 | $2.58 | $10.00 |
| FEB | 28 | $0.27 | $0.00 |
| MAR | 28 | $0.27 | $0.00 |

Average 12 months balance   $1.80            $5.23


*Valeria Spates*
Valeria Spates, ASAI

STATE OF ALABAMA, ESCAMBIA COUNTY, SWORN TO AND SUBSCRIBED BEFORE
ME THIS 28TH DAY OF MARCH 2006.

*J Patrick McLay*, Notary Public

My Commission