IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERSKINE E. WASHINGTON, #109856, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-322-WKW |
| ) | |
| KATHY HOLT, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

On April 27, 2006, the Magistrate Judge filed a Recommendation (Doc. # 4) that this case be dismissed without prejudice pursuant to the directives f 28 USC 1915 (e)(2)(B)(ii). No objections were filed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation (Doc. # 4) of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this the 17th day of May, 2006.

       /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE